UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dubberly,
Plaintiff,

v. Civil No. 01-1594 (MJD/SRN)

Bayer Corp.,

Defendants.

Garding,
Plaintiff,

v. Civil No. 01-1871 (PAM/RLE)

Bayer Corp.,

Defendants.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 01-1594 having been assigned to Judge Michael J. Davis and case number 01-1871 having later been assigned to Judge Paul A. Magnuson and said matters being related cases,

IT IS HEREBY ORDERED that case number 01-1871 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: 11-16-01

Michael J. Davis
JUDGE MICHAEL J. DAVIS
United States District Court

Dated: March 20, 2001

Paul A. Magnuson
JUDGE PAUL A. MAGNUSON
United States District Court

FILED NOV 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________